■ In the Matter of SAMUEL MORANO, Petitioner, v CAROL BERKMAN, Respondent. [841 NYS2d 448]—Proceeding, brought in this Court pursuant to CPLR article 78, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Sullivan, Nardelli and Sweeny, JJ.